UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| PRINCE BROWN, ARTHUR DOWLING, DAVID PETERSON, HASSAAN RAMKISSOON, ARMANDO SWABY, <br><br>Plaintiffs, <br><br>-against- <br><br>THE CITY OF NEW YORK, DETECTIVE MICHAEL EGAN shield #5352, POLICE OFFICER SARA GOLLOP shield # 22246, POLICE OFFICERS JOHN/JANE DOES, <br><br>Defendants. | **STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE** <br><br><br>09 CV 1809 (RJD) (MDG) |

------------------------------------------------------------------x

WHEREAS, plaintiffs commenced this action by filing a complaint on or about June 9, 2010, alleging that defendants violated their federal civil and state common law rights; and

WHEREAS, defendants have denied any and all liability arising out of plaintiff's allegations; and

WHEREAS, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. Defendant City of New York hereby agrees to pay the total sum of FIFTY-FOUR THOUSAND FIVE HUNDRED DOLLARS ($54,500) Dollars to plaintiffs PRINCE BROWN, ARTHUR DOWLING, DAVID PETERSON, HASSAAN RAMKISSOON, ARMANDO SWABY (to be distributed as follows: PRINCE BROWN $22,500.00, ARTHUR

DOWLING $8,500.00, DAVID PETERSON $3,000.00, HASSAAN RAMKISSOON $12,000.00, and ARMANDO SWABY $8,500.00) in full satisfaction of all claims, including claims for costs, expenses, and attorneys' fees. In consideration for the payment of this sum, plaintiffs agrees to the dismissal of all the claims against defendants THE CITY OF NEW YORK, Michael Egan and Sara Gallop; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York, or any agency thereof, from any and all liability, claims, or rights of action that were or could have been alleged in the complaint in this action, including all claims for attorneys' fees, expenses, and costs.

3. Plaintiffs shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a general release based on the terms of paragraph "2" above and Affidavits of Status of Liens.

4. Nothing contained herein shall be deemed to be an admission by defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and settlement shall not be referred to, admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

- 2 -

6.  This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
June ___, 2010

DAVID ZELMAN, ESQ.
Attorney for Plaintiff
612 Eastern Parkway
Brooklyn, NY 11225
(718) 604-3072

By: _____
David Zelman, Esq.
Attorney for Plaintiff

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for Defendants
100 Church Street
New York, N.Y. 10007
(212) 788-0987

By: _____
Brian G. Maxey
Assistant Corporation Counsel

SO ORDERED:

s/ Judge Raymond J. Dearie

_____
HON. RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE