

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

RAJU SUNDARAN
Telephone: 212-788-0467
Facsimile: 212-788-9776
rsundara@law.nyc.gov

November 19, 2010

**BY ECF**
Honorable Marilyn D. Go
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Brown, et al. v. The City of New York, et al., 09 CV 1809 (RJD) (MDG)

Your Honor:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendants in the above referenced action. I write in response to Your Honor's October 22, 2010 Order, which required defendants to file a report on the status of the settlement payment to Prince Brown, the only plaintiff not paid thus far. Mr. Brown's counsel has confirmed receipt of his client's settlement check on November 11, 2010. Upon information and belief, the unpaid child support has been satisfied from Mr. Brown's settlement proceeds.

Accordingly, defendants submit that the matter is now concluded.

Respectfully,

Raju Sundaran