UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
PRINCE BROWN,
ARTHUR DOWLING,
DAVID PETERSON,
HASSAAN RAMKISSON and
ARMANDO SWABY,

                Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,
                Defendants.
-------------------------------------------------X

**ORDER**

09-CV-1809

DEARIE, District Judge.

Three months after the parties settled this civil rights action brought under 28 U.S.C. § 1983, plaintiffs moved for an award of interest on the ground that defendants failed to timely pay the amounts due under the settlement agreement. By Report and Recommendation submitted January 30, 2012, Magistrate Judge Go recommends that this Court deny the application for an award of interest as to plaintiff Prince Brown and grant the application for an award of interest as to the remaining plaintiffs as follows: $278.14 for Mr. Ramkissoon, $197.01 for Mr. Dowling, $209.59 for Mr. Swaby, and $75.45 for Mr. Peterson. None of the parties filed objections.

This Court has reviewed the Report and Recommendation and adopts it without qualification. The Clerk of the Court is directed to enter judgment in accordance with the Report and Recommendation.

SO ORDERED.

Dated: Brooklyn, New York
       February 24, 2012

s/ Judge Raymond J. Dearie

_____
RAYMOND J. DEARIE
United States District Judge